# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COPPER SANDS HOMEOWNERS ASSOCIATION, INC., et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | 2:10-cv-00510-GMN-LRL )<br>) |
| COPPER SANDS REALTY, LLC, et al., | **O R D E R** )<br>)<br>) |
| Defendants. | )<br>) |

Before the court is plaintiffs' Motion to Reconsider Minute Order Staying Discovery (#80). Plaintiffs request reconsideration of this court's May 4, 2010 Minute Order (#21). Plaintiffs' allege that in its minute order of May 4, 2010 the court granted the motion to stay discovery before plaintiffs had an opportunity to respond.[1]

Plaintiffs misapprehend the scope of the minute order entered on May 4, 2010. That order merely set a briefing schedule on the motion to stay discovery, and stayed discovery involving Countrywide until the motion for a stay was fully briefed and ruled upon by the court. Accordingly, as ordered, Countrywide filed a reply (#34) to plaintiffs' opposition on May 14, 2010. Thereafter, on July 1, 2010, having considered the motion for a stay (#17), *plaintiffs' opposition (#24)*, and Countrywide's reply (#34), this court entered an order granting Countrywide's motion for a stay pending resolution of its motion to dismiss. *See* Order (#60).

. . .

. . .

---

[1] Plaintiffs' response (#24) was filed on May 5, 2010, the day after the court entered its minute order.

IT IS THEREFORE ORDERED that plaintiffs' Motion to Reconsider Minute Order Staying Discovery (#80) is denied.

DATED this 18th day of October, 2010.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**

2