| | |
|---|---|
| 1 | PETER C. BROWN, ESQ.<br>Nevada State Bar No. 5887 |
| 2 | KAREN M. BAYTOSH, ESQ.<br>Nevada State Bar No. 10510 |
| 3 | BREMER WHYTE BROWN & O'MEARA LLP<br>7670 WEST LAKE MEAD BOULEVARD |
| 4 | SUITE 225<br>LAS VEGAS, NV 89128 |
| 5 | TELEPHONE: (702) 258-6665<br>FACSIMILE: (702) 258-6662 |
| 6 | pbrown@bremerandwhyte.com<br>kbaytosh@bremerandwhyte.com |
| 7 | |
| 8 | Attorneys for Defendant,<br>THE CANNON MANAGEMENT COMPANY |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 12 | COPPER SANDS HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit corporation; MARCIA JARRETT; CHARLES WOOD; RICHARD DRESSLER; RICHARD EMANUEL; PAUL DOYLE; ARLENE MARENTIC; BOJAN NENADIC; EVERETT F. CROXSON; MYRA SCHULTZ; STEVEN GAZZA; MILORAD JAGROVIC; DAVID G. FERGUSON; JANE SOO HOO LUI; XUI YI QIU; DORON GERBY; CATALIN NISTOR; and HILARY GARBER, on their own behalf and on behalf of all others similarly situated; and POE HOMEOWNERS 1-2000, | ) Case No.: CV00510-GMN-LRL<br>)<br>)<br>)<br>)<br>) **SUBSTITUTION OF COUNSEL**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| | Plaintiffs, | |
| | vs. | |
| | COPPER SANDS REALTY, LLC, a Delaware limited liability company; ROBERT COLUCCI, an individual; DARIO DELUCA, an individual, a/k/a DARIO DE LUCA; CBC INVESTMENTS, INC., a Nevada corporation; JIM CERRONE, an individual; COMPLEX SOLUTIONS, LIMITED, a Nevada limited liability company; COPPER SANDS INVESTORS LP, a Nevada limited partnership; COUNTRYWIDE HOME LOANS, INC., a New York Corporation; | |

BREMER WHYTE BROWN &
O'MEARA LLP
7670 West Lake Mead Blvd.
Suite 225
Las Vegas, NV 89128
(702) 258-6665

H:\1172\152\CF\Sub of Counsel.doc

| | |
|---|---|
| 1 | CS CONSULTING SERVICE, LLC, a Nevada limited liability company; |
| 2 | TERESA CUSHMAN, an individual; RENATO DELUCA, an individual, a/k/a |
| 3 | RAY DELUCA and RAY DE LUCA; DFT, INC., a California corporation, d/b/a |
| 4 | THE CANNON MANAGEMENT COMPANY; SHAWN HEYL, an |
| 5 | individual; LYNDA HOANG, an individual; IRWIN MORTGAGE |
| 6 | CORPORATION, an Indiana corporation; BRENT JONES, an individual; BRENT |
| 7 | JONES SERVICES, INC., a Nevada corporation; MANIETTA ELECTRIC, |
| 8 | INC., a California corporation, MORTGAGE LOAN SPECIALISTS, |
| 9 | INC., a California corporation; PACIFICA ENTERPRISES HOLDINGS LP, a |
| 10 | California limited partnership; PACIFICA ENTERPRISES, INC., a California |
| 11 | corporation, PACIFICA ENTERPRISES LLC, a Nevada limited liability company; |
| 12 | PACIFICA MARKETING SERVICES, LLC, a Nevada limited liability company; |
| 13 | PACIFICA MARKETING SERVICES, LLC, a Nevada limited liability company |
| 14 | d/b/a "CONDO CLUB", "CONDO CLUB LAS VEGAS", and "CONDO CLUB - |
| 15 | LAS VEGAS"; PACIFICA REAL ESTATE INVESTMENTS, INC., a |
| 16 | California corporation; PACIFICA REAL ESTATE SERVICES, INC., a California |
| 17 | corporation; PLASTER DEVELOPMENT COMPANY, INC., a Nevada corporation, |
| 18 | d/b/a "SIGNATURE HOMES" and "SIGNATURE HOMES, INC."; |
| 19 | PREMIER COMMUNITIES, INC., a Nevada corporation; PREMIER |
| 20 | FINANCIAL, LLC, a California limited liability company; PREMIER REALTY |
| 21 | SERVICES, INC., a California corporation; PREMIER RESIDENTIAL, |
| 22 | INC., a California corporation; VIMARK RE ENTERPRISES LLC, a California |
| 23 | limited liability company; DOES 1-100; inclusive; ROE CORPORATIONS 1-100, |
| 24 | inclusive; ROE BUSINESS ENTITIES 1-100, inclusive; and ROE |
| 25 | GOVERNMENTAL ENTITIES 1-20, inclusive, |
| 26 | |
| | Defendants. |
| 27 | |
| 28 | |

BREMER WHYTE BROWN & O'MEARA LLP
7670 West Lake Mead Blvd.
Suite 225
Las Vegas, NV 89128
(702) 258-6665

2

H:\1172\157\CF\Sub of Counsel.doc

1  The undersigned Defendant, THE CANNON MANAGEMENT COMPANY,
2  hereby substitutes BREMER WHYTE BROWN & O'MEARA, LLP, in the place
3  and stead of Carolyn Broussard, Esq., of the law firm of, RIDDLE & ASSOCIATES,
4  as attorneys of record for Defendant, THE CANNON MANAGEMENT
5  COMPANY, in the above-entitled action.
6  DATED this 17th day of January, 2011

8  THE CANNON MANAGEMENT COMPANY

10  Carolyn Broussard, Esq., of the law firm of Riddle & Associates, hereby
11  agrees to the substitution of BREMER WHYTE BROWN & O'MEARA, LLP as
12  attorneys for Defendant, THE CANNON MANAGEMENT COMPANY, in the
13  above-entitled action its place and stead.
14  DATED this 6th day of January, 2011    RIDDLE & ASSOCIATES

16  By:_____
17  Carolyn Broussard, Esq.
    Nevada State Bar No. 004545
18  7455 Arroyo Crossing Pkwy., #200
    Las Vegas, NV 89113

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

BREMER WHYTE BROWN &
O'MEARA LLP
7670 West Lake Mead Blvd.
Suite 220
Las Vegas, NV 89128
(702) 258-6665

3

H:\1172\157\CF\Sub of Counsel.doc

1  Peter C. Brown, Esq. and Karen M. Baytosh, Esq., of the firm of BREMER
2  WHYTE BROWN & O'MEARA, LLP hereby agrees to be substituted as attorneys
3  for Defendant, THE CANNON MANAGEMENT COMPANY, in the above-entitled
4  action in place and stead of Riddle & Associates.

5  Dated: January 5, 2011            BREMER WHYTE BROWN & O'MEARA LLP

                                     By: /s/ Karen M. Baytosh
                                     Peter C. Brown, Esq.
                                     Nevada State Bar No. 5887
                                     Karen M. Baytosh, Esq.
                                     Nevada State Bar No. 10510
                                     7670 W. Lake Mead Blvd., #225
                                     Las Vegas, NV 89128
                                     Attorneys for Defendant
                                     THE CANNON MANAGEMENT COMPANY

**IT IS SO ORDERED.**

/s/ Leavitt

**UNITED STATES MAGISTRATE JUDGE**
**DATED:** 1-21-11

BREMER WHYTE BROWN & O'MEARA LLP
7670 West Lake Mead Blvd.
Suite 225
Las Vegas, NV 89128
(702) 258-6665

4

H:\1172\157\CF\Sub of Counsel.doc