UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| COPPER SANDS HOMEOWNERS ASSOCIATION, INC., et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) 2:10-cv-00510-GMN-LRL<br>) |
| COPPER SANDS REALTY, LLC, et al., | ) **O R D E R**<br>)<br>) |
| Defendants. | )<br>) |

Before the court is defendants' Motion to Strike Discovery, or in the Alternative for Protective Order (#112). The court has considered the motion, plaintiffs' Opposition (#113), and defendants' Reply (#122). The court finds that plaintiffs' document requests, though extensive, are reasonably tailored to lead to the discovery of admissible evidence supporting plaintiffs' alter ego claims.

IT IS THEREFORE ORDERED that defendants' Motion to Strike Discovery, or in the Alternative for Protective Order (#112) is denied.

DATED this 15th day of March, 2011.

_____
**LAWRENCE R. LEAVITT
UNITED STATES MAGISTRATE JUDGE**