UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COPPER SANDS HOMEOWNERS ASSOCIATION, INC., *et al.*,<br><br>          Plaintiffs,<br>vs.<br><br>COPPER SANDS REALTY, LLC, *et al.*,<br><br>          Defendants. | Case No.: 2:10-cv-00510-GMN-LRL<br><br>**ORDER** |

      Attorney David S. Lee, Esq. of the law firm Lee, Hernandez, Brooks, Garofalo & Blake filed a Motion to Withdraw as attorney of record for Defendants Copper Sands Realty, LLC, Robert Colucci and Dario Deluca on April 28, 2010 (ECF No. 14). Defendants have since that time been represented by James R. Olson, Esq. and Max E. Corrick, II of the law firm Olson, Cannon, Gormley & Desruisseaux.

      IT IS HEREBY ORDERED that David S. Lee, Esq.'s Motion to Withdraw as attorney is GRANTED.

      DATED this 16th day of March, 2011.

                                                    _____
                                                    Gloria M. Navarro
                                                    United States District Judge