UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COPPER SANDS HOME OWNERS ASSOCIATION, INC., *et al.*, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   2:10-cv-00510-GMN-LRL<br>) |
| | )   **O R D E R** |
| COPPER SANDS REALTY, LLC, *et al.*, | )<br>) |
| Defendants. | )<br>) |

Before the court is defendants, Copper Sands Realty, LLC, Robert Colucci, Dario Deluca, Copper Sands Investors, LP, Renato Deluca, Pacifica Enterprises Holdings, LP, Pacifica Enterprises, Inc., Pacifica Enterprises LLC, Pacifica Real Estate Investments, Inc., Pacifica Real Estate Services, Inc., and Vimark Re Enterprises, LLC's Emergency Joint Motion for Extension of Scheduling Order Deadlines Pursuant to LR 6-1 and LR 26-4 (#163). Defendant Manietta Electric Inc. filed a Joinder (#164) to the Motion (#163). The court has considered the motion, plaintiffs' Objection (#167) and Opposition (#198), and defendants' Reply (#216).

Also before the court are plaintiffs' Motion to Extend Discovery for Plaintiffs Due To Defendants, Countrywide Home Loans, Inc.'s Pending Motion (#5) to Dismiss Second Amended Complaint (#208), to which defendant Countrywide Home Loans, Inc. filed an Opposition and Counter-Motion to Extend Discovery (#234);[1] plaintiffs' Motion to Extend Discovery for Plaintiffs Due to

---

[1] The docket reflects that Reply (#241) is in reply to the Opposition (#234). The substance of the Reply (#241) reveals, however, that it is in reply to Opposition (#232), which relates to a different motion in this matter.

Defendant, Defendants's [sic] Pending Objection and Request for Relief from the Magistrate's Denial of the Motion to Strike Discovery, or In the Alternative for Protective Order (#211), to which defendants filed an Opposition (#244); plaintiffs' Motion to Extend Discovery for Plaintiffs Due to Defendant, Plaster Development Company, Inc.'s Failure to Disclose over 20,000 Documents (#213), to which defendant Plaster Development Company, Inc. filed an Opposition (#217); and defendant, Irwin Mortgage Corporation's Request for Permission to Attend the Settlement Conference by Telephone (#248).

Pursuant to the court's March 10, 2011, Scheduling Order (#124) on stipulation, discovery cutoff was June 1, 2011. On March 31, 2011, the court dismissed without prejudice the plaintiffs' eighteenth, nineteenth, twentieth, and twenty-first causes of action, with leave to amend. Order (#134). On April 13, 2011, this matter was referred to the undersigned to set a settlement conference. Minute Order (#149). The court thereafter entered an Order (#157) Scheduling a Settlement Conference for July 11, 2011. On April 26, 2011, plaintiffs filed a third Amended Complaint (#154). On May 13, 2011, defendant Manietta Electric, Inc., filed its Answer (#168) to the third amended complaint and asserted a crossclaim against Copper Sands Realty, LLC, Pacifica Enterprises, Inc., Pacifica Real Estate Services, Inc. Additionally, several discovery related motions remain outstanding, as well as defendants' Objection (#145) and Request for Relief from the Magistrate's Denial of the Motion to Strike Discovery, or in the Alternative for Protective Order (#127). The court in its discretion will amend its scheduling order as to all remaining deadlines and, finding that a settlement conference at this time is premature, vacate its order scheduling a settlement conference.

Accordingly,

IT IS ORDERED that defendants' Emergency Joint Motion for Extension of Scheduling Order Deadlines Pursuant to LR 6-1 and LR 26-4 (#163) is **GRANTED**.

IT IS FURTHER ORDERED that plaintiffs' Motion to Extend Discovery for Plaintiffs Due To Defendants, Countrywide Home Loans, Inc.'s Pending Motion to Dismiss Second Amended Complaint (#208) is **denied without prejudice**. Plaintiffs may, if necessary, re-file the motion upon the court's

ruling on the Motion to Dismiss (#5).

IT IS FURTHER ORDERED that plaintiffs' Motion to Extend Discovery for Plaintiffs (#211) is **denied** as moot.

IT IS FURTHER ORDERED that plaintiffs' Motion to Extend Discovery for Plaintiffs Due to Defendant, Plaster Development Company, Inc.'s Failure to Disclose over 20,000 Documents (#213) is **denied** as moot.

IT IS FURTHER ORDERED that the court's Order (#157) Scheduling Settlement Conference is **vacated**.

IT IS FURTHER ORDERED that defendant, Irwin Mortgage Corporation's Request for Permission to Attend the Settlement Conference by Telephone (#248) is **denied** as moot.

FINALLY, IT IS ORDERED that the scheduling order is hereby modified to reflect the following deadlines:

| | |
|---|---|
| Discovery cutoff | September 29, 2011 |
| Dispositive motions | October 29, 2011 |
| Interim Status Report | August 2, 2011 |
| Joint Pretrial Order | November 29, 2011 |

DATED this 1st day of July, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**