UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| COPPER SANDS HOMEOWNERS ASSOCIATION, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | 2:10-cv-00510-GMN-LRL ) ) |
| COPPER SANDS REALTY, LLC, et al., | **O R D E R** ) ) |
| Defendants. | ) ) |

Before the court is plaintiffs' Motion for Sanctions Pursuant to FRCP 30 & 37 for Taking More than Ten (10) Depositions Without Leave of Court and Imposing Undue Burden upon Plaintiffs (#210). The court has considered the motion, defendant Brent Jones Services' Response (#230), defendant Cannon Management's Limited Response (#237), defendant Irwin Mortgage's Opposition (#239), and defendant Manietta Electric's Opposition (#242). No reply has been filed. The record is devoid of evidence supporting the relief requested by plaintiffs.

IT IS THEREFORE ORDERED that plaintiffs' Motion for Sanctions Pursuant to FRCP 30 & 37 for Taking More than Ten (10) Depositions Without Leave of Court and Imposing Undue Burden upon Plaintiffs (#210) is denied.

DATED this 5th day of July, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**