UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COPPER SANDS HOME OWNERS ASSOCIATION, INC., *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> COPPER SANDS REALTY, LLC, *et al.*, <br><br> Defendants. | 2:10-cv-00510-GMN-LRL <br><br> **O R D E R** |

Before the court is plaintiffs' Motion to Compel Discovery as to Irwin Mortgage Corporation (#212). The court has considered the motion (#212) and defendant's Opposition (#240). No reply was filed.

Plaintiffs complain that defendant has not provided meaningful responses to its requests to produce and its interrogatory numbers one and two; and that defendant has not produced a witness for a Rule 30(b)(6) deposition. Plaintiffs acknowledge that defendant recently agreed to produce a PMK at a date and time agreed upon by both sides, or to informally provide the information plaintiffs seek. Because "this pledge was not made until approximately one week prior to the close of discovery," the motion was filed "to avoid any implication that Plaintiffs have sat on their rights concerning these issues, and in hope that [defendant] will follow through on its recent commitment to provide meaningful discovery responses and an FRCP 30(b)(6) witness, such that further consideration of this motion may ultimately be rendered unnecessary." Mot. (#212) at 3.

The court, having considered the parties' papers and attachments thereto, finds that more effort

can and should be made by the parties before they involve the court in their dispute. Additionally, pursuant to Order (#251) entered on July 1, 2011, the discovery deadline in this case has been extended.

Accordingly,

IT IS ORDERED that plaintiffs' Motion to Compel Discovery as to Irwin Mortgage Corporation (#212) is denied without prejudice.

DATED this 5th day of July, 2011.

*/s/ Leavitt*

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**