UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

COPPER SANDS HOMEOWNERS ASSOCIATION, et al.,

        Plaintiffs,

v.

COPPER SANDS REALTY, LLC, et al.,

        Defendants.

2:10-cv-00510-GMN-LRL

**O R D E R**

    This case comes before the court on defendant Manietta Electric's Emergency Motion for Enlargement of Time Pursuant to FRCP 30(a)(2) and FRCP 26(b)(2) to Complete the Deposition of Plaintiffs' Electrical Expert, Don L. Gifford (#270). The court has considered the motion, the Joinder of Defendants Plaster Development (#275), and plaintiffs' Opposition (#277) to the motion. For good cause shown,

    IT IS ORDERED that the Motion (#270) is granted as follows:

    1. Plaintiffs will produce their electrical expert, Don L. Gifford, for one additional day of deposition testimony. Defendants will avoid duplicative questioning.

    2. The deposition will be completed no later than September 29, 2011.

    DATED this 20th day of September, 2011.

                                                  **LAWRENCE R. LEAVITT**
                                                **UNITED STATES MAGISTRATE JUDGE**