Terry L. Wike, Esq.
Nevada Bar No.: 7211
William R. Killip, Jr., Esq.
Nevada Bar No.: 3660
LAW OFFICES OF TERRY L. WIKE
9500 W. Flamingo Rd., Suite 108
Las Vegas, Nevada 89147
Phone: (702) 870-9898
Fax:    (702) 870-0582
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| COPPER SANDS HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit corporation; MARCIA JARRETT; CHARLES WOOD; RICHARD DRESSLER; RICHARD EMANUEL; PAUL DOYLE; ARLENE MARENTIC; BOJAN NENADIC; EVERETT F. CROXSON; MYRA SCHULTZ; STEVEN GAZZA; MILORAD JAGROVIC; DAVID G. FERGUSON; JANE SOO HOO LUI; ZUI YI QIU; DORON GERBY; CATALIN NISTOR; and HILARY GARBER, on their own behalf and on behalf of all others similarly situated; and POE HOMEOWNERS 1-2000, <br><br> Plaintiffs, <br><br> v. <br><br> COPPER SANDS REALTY, LLC, a Delaware limited liability company; ROBERT COLUCCI, an individual; DARIO DELUCA, an individual, a/k/a DARIO DE LUCA; CBC INVESTMENTS, INC., a Nevada corporation; JIM CERRONE, an individual; COMPLEX SOLUTIONS, LIMITED, a Nevada limited liability company; COPPER SANDS INVESTORS LP, a Nevada limited partnership; COUNTRYWIDE HOME LOANS, INC., a New York Corporation; CS CONSULTING SERVICE, LLC, a Nevada limited liability company; TERESA CUSHMAN, an individual; RENATO DELUCA, an individual, a/k/a RAY DELUCA and RAY DE LUCA; DFT, INC., a California corporation, d/b/a THE CANNON MANAGEMENT COMPANY; SHAWN HEYL, an individual; LYNDA HOANG, an individual; IRWIN MORTGAGE CORPORATION, an Indiana corporation; BRENT JONES, an individual; BRENT JONES | Case No. 2:10-cv-00510-GMN-GWF <br><br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE A RESPONSE TO DEFENDANT MANIETTA ELECTRIC, INC.'S MOTION FOR SUMMARY JUDGMENT (Document #306)** |

SERVICES, INC., a Nevada corporation; )
MANIETTA ELECTRIC, INC., a California )
corporation; MORTGAGE LOAN )
SPECIALISTS, INC., a California corporation; )
PACIFICA ENTERPRISES HOLDINGS LP, a )
California limited partnership; PACIFICA )
ENTERPRISES, INC., a California corporation; )
PACIFICA ENTERPRISES LLC, a Nevada )
limited liability company; PACIFICA )
MARKETING SERVICES, LLC, a Nevada )
limited liability company d/b/a "CONDO )
CLUB", "CONDO CLUB LAS VEGAS", and )
"CONDO CLUB – LAS VEGAS"; PACIFICA )
REAL ESTATE INVESTMENTS, INC., a )
California corporation; PACIFICA REAL )
ESTATE SERVICES, INC., a California )
corporation; PLASTER DEVELOPMENT )
COMPANY, INC., a Nevada corporation, d/b/a )
"SIGNATURE HOMES" and "SIGNATURE )
HOMES, INC."; PREMIER COMMUNITIES, )
INC., a Nevada corporation; PREMIER )
FINANCIAL, LLC, a California limited )
liability company; PREMIER REALTY )
SERVICES, INC., a California corporation; )
PREMIER RESIDENTIAL, INC., a California )
corporation; )
VIMARK RE ENTERPRISES LLC, a )
California limited liability company; DOES )
1-100; inclusive; ROE CORPORATIONS )
1-100, inclusive; ROE BUSINESS ENTITIES )
1-100, inclusive; and ROE GOVERNMENTAL )
ENTITIES 1-20, inclusive, )
)
                          Defendants.

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE A RESPONSE TO DEFENDANT MANIETTA ELECTRIC, INC.'S MOTION FOR SUMMARY JUDGMENT (Document #306)**

      IT IS HEREBY STIPULATED by and between Plaintiffs, by and through their counsel of record, Terry L. Wike, Esq. of LAW OFFICES OF TERRY WIKE and Defendant, MANIETTA ELECTRIC, INC., by and through their counsel of record, Steven L. Foremaster, Esq. of LEWIS BRISBOIS BISGAARD & SMITH, LLP, that the time for Plaintiffs to respond to Defendant Manietta Electric,

// // //

// // //

2

Inc.'s Motion for Summary Judgment (Document #306) on file herein is hereby extended by ten (10) business days from February 18, 2012, to March 5, 2012.

This Stipulation may be executed in several counterparts, in one or more separate documents, all of which together shall constitute one and the same instrument, with the same force and effect as though all the parties had executed the same document at the same time and also may be executed by facsimile.

IT IS SO STIPULATED:

Dated this 7th day of February, 2012.          Dated this 6th day of February, 2012.

LAW OFFICES OF TERRY L. WIKE                   LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____                  By: _____
TERRY L. WIKE, ESQ.                            STEVEN L. FOREMASTER, ESQ.
Nevada Bar No. 7211                            Nevada Bar No. 10350
WILLIAM R. KILLIP, JR., ESQ.                   6385 South Rainbow Blvd., Suite 600
Nevada Bar No. 3660                            Las Vegas, Nevada 89118
9500 W. Flamingo Road, Suite 108               702-693-4304
Las Vegas, Nevada 89147                        702-893-3789
702-870-9898                                   foremaster@lbbslaw.com
702-870-0582                                   *Attorney for Defendant, Manietta*
twike@wikelaw.com                              *Electric*
*Attorney for Plaintiffs*

**ORDER**

**IT IS SO ORDERED** this 7th day of February, 2012.

_____
Gloria M. Navarro
United States District Judge

3