UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COPPER SANDS HOMEOWNERS ASSOCIATION, INC., *et al.*, | Case No.: 2:10-cv-00510-GMN-GWF |
| Plaintiffs, | **ORDER** |
| vs. | |
| COPPER SANDS REALTY, LLC, *et al.*, | |
| Defendants. | |

## INTRODUCTION

Before the Court is Plaintiffs' Emergency Motion to Extend Time to Respond to Motions for Partial Summary Judgment, ECF Nos. 308, 310, 311, 312 and 313 and Motion for Summary Judgment, ECF No. 309. (ECF No. 340).  Plaintiffs request an extension to file Responses to the Motions for Partial Summary Judgment to February 27, 2012 and for the Motion for Summary Judgment to March 5, 2012.

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for an Extension of Time (ECF No. 340) is **GRANTED**.

DATED this 13th day of February, 2012.

_____
Gloria M. Navarro
United States District Judge