1   PETER C. BROWN, ESQ.
    Nevada State Bar No. 5887
2   KAREN M. BAYTOSH, ESQ.
    Nevada State Bar No. 10510
3   CHATREE M. THONGKHAM, ESQ.
    Nevada State Bar No. 11875
4   BREMER WHYTE BROWN & O'MEARA LLP
    7670 WEST LAKE MEAD BOULEVARD
5   SUITE 225
    LAS VEGAS, NV 89128
6   TELEPHONE:  (702) 258-6665
    FACSIMILE:  (702) 258-6662
7   pbrown@bremerandwhyte.com
    kbaytosh@bremerandwhyte.com
8   cthongkham@bremerandwhyte.com

9   Attorneys for Defendant,
    DFT, INC., d/b/a THE CANNON MANAGEMENT
10  COMPANY

11              **UNITED STATES DISTRICT COURT**

12                  **DISTRICT OF NEVADA**

13

14  COPPER SANDS HOMEOWNERS                ) Case No.: 2:10-cv-00510-GMN-LRL
    ASSOCIATION, INC., a Nevada non-profit )
15  corporation; MARCIA JARRETT; CHARLES   ) **DEFENDANT CANNON**
    WOOD; RICHARD DRESSLER; RICHARD        ) **MANAGEMENT GROUP'S REQUEST**
16  EMANUEL; PAUL DOYLE; ARLENE            ) **FOR EXTENSION FOR DEADLINE TO**
    MARENTIC; BOJAN NENADIC; EVERETT F.    ) **RESPOND TO DEVELOPER'S**
17  CROXSON; MYRA SCHULTZ; STEVEN          ) **EMERGENCY MOTION FOR GOOD**
    GAZZA; MILORAD JAGROVIC; DAVID G.      ) **FAITH SETTLEMENT**
18  FERGUSON; JANE SOO HOO LUI; XUI YI     )
    QIU; DORON GERBY; CATALIN NISTOR;      )
19  and HILARY GARBER, on their own behalf and )
    on behalf of all others similarly situated; and )
20  POE HOMEOWNERS 1-2000,                 )
                                           )
21          Plaintiffs,                    )
                                           )
22      vs.                                )
                                           )
23  COPPER SANDS REALTY, LLC, a Delaware   )
    limited liability company; ROBERT COLUCCI, )
24  an individual; DARIO DELUCA, an individual, )
    a/k/a DARIO DE LUCA; CBC INVESTMENTS,  )
25  INC., a Nevada corporation; JIM CERRONE, an )
    individual; COMPLEX SOLUTIONS, LIMITED, )
26  a Nevada limited liability company; COPPER )
    SANDS INVESTORS LP, a Nevada limited   )
27  partnership; COUNTRYWIDE HOME LOANS, )
    INC., a New York Corporation; CS       )
28  CONSULTING SERVICE, LLC, a Nevada      )
    limited liability company; TERESA CUSHMAN, )

BREMER WHYTE BROWN &
O'MEARA LLP
7670 West Lake Mead Blvd.
Suite 225
Las Vegas, NV 89128
(702) 258 6665

H:\1172\157\CF\Request for Extension to Respond to CSR MFGFS 001.doc

an individual; RENATO DELUCA, an
individual, a/k/a RAY DELUCA and RAY DE
LUCA; DFT, INC., a California corporation,
d/b/a THE CANNON MANAGEMENT
COMPANY; SHAWN HEYL, an individual;
LYNDA HOANG, an individual; IRWIN
MORTGAGE CORPORATION, an Indiana
corporation; BRENT JONES, an individual;
BRENT JONES SERVICES, INC., a Nevada
corporation; MANIETTA ELECTRIC, INC., a
California corporation, MORTGAGE LOAN
SPECIALISTS, INC., a California corporation;
PACIFICA ENTERPRISES HOLDINGS LP, a
California limited partnership; PACIFICA
ENTERPRISES, INC., a California corporation,
PACIFICA ENTERPRISES LLC, a Nevada
limited liability company; PACIFICA
MARKETING SERVICES, LLC, a Nevada
limited liability company; PACIFICA
MARKETING SERVICES, LLC, a Nevada
limited liability company d/b/a "CONDO
CLUB", "CONDO CLUB LAS VEGAS", and
"CONDO CLUB - LAS VEGAS"; PACIFICA
REAL ESTATE INVESTMENTS, INC., a
California corporation; PACIFICA REAL
ESTATE SERVICES, INC., a California
corporation; PLASTER DEVELOPMENT
COMPANY, INC., a Nevada corporation, d/b/a
"SIGNATURE HOMES" and "SIGNATURE
HOMES, INC."; PREMIER COMMUNITIES,
INC., a Nevada corporation; PREMIER
FINANCIAL, LLC, a California limited liability
company; PREMIER REALTY SERVICES,
INC., a California corporation; PREMIER
RESIDENTIAL, INC., a California corporation;
VIMARK RE ENTERPRISES LLC, a California
limited liability company; DOES 1-100,
inclusive; ROE CORPORATIONS 1-100,
inclusive; ROE BUSINESS ENTITIES 1-100,
inclusive; and ROE GOVERNMENTAL
ENTITIES 1-20, inclusive ,

                Defendants.

        COMES NOW The Cannon Management Group by and through its attorneys of record,

Peter C. Brown, Esq. and Karen M. Baytosh, Esq. of the Law Firm of Bremer Whyte Brown and

O'Meara and hereby request that the Court grant an extension in time to respond to Copper Sands

Realty, LLC, Robert Colucci, Dario De Luca, Copper Sands Investors, LP, Renato De Luca,

Pacifica Enterprises Holdings, LP, Pacifica Enterprises, Inc., Pacifica Enterprises, LLC, Pacifica

BREMER WHYTE BROWN &
O'MEARA LLP
7670 West Lake Mead Blvd
Suite 225
Las Vegas, NV 89128
(702) 258 6665

2

H:\1172\157\CF\Request for Extension to Respond to CSR MFGFS 001.doc

1   Real Estate Investments, Inc., Pacifica Real Estate Services, Inc., and Vimark RE Enterprises, LLC

2   (collectively, **CSR**), Motion for Good Faith Settlement (*See* **Doc #441**). This Request is based

3   upon the attached memorandum of points and authorities, and the filed pleadings and papers.

### MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### STANDARD OF REVIEW

7   This request is made pursuant to FRCP 6(1)(b) which states that:

8   (1)   *In General.* When an act may or must be done within a specified time, the court

9   may, for good cause, extend the time:

10   (A)   with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or

11   The basis for this Request is as follows:

12   1.   CSR filed an emergency motion for determination of good faith settlement on April

13   6, 2012 (*See* **Doc #441**);

14   2.   The Court set a briefing schedule, which made responses to the motion due on April

15   13, 2012 and replies in support of the motion due on April 20, 2012 (*See* **Doc #443**);

16   3.   On April 11, 2012, CSR stipulated with Countrywide Home Loans ("Countrywide")

17   to extend Countrywide's deadline for filing a response from April 13, 2012 until April 20, 2012.

18   (*See* **Doc #446**). CSR's Reply in Support deadline was moved from April 20, 2012 until May 4,

19   2012. *Id.* This Stipulation was approved by the Court on April 12, 2012. (*See* **Doc #451**).

20   4.   On April 12, 2012, the Court issued its Minute Order (*See* Doc #452) wherein the

21   Court Ordered that the May 4, 2012 Mandatory Settlement Conference ("MSC") is going forward.

22   The Court further Ordered that the pending Motions (#304 & #353) were held in abeyance until the

23   completion of the May 4, 2012 MSC.

24   5.   At the time of the filing of this Request, CSR has not provided Cannon Management

25   with the same courtesy it afforded Countrywide.

26   6.   Cannon Management respectfully requests that it be given the same deadline as

27   other parties in this litigation.

28

BREMER WHYTE BROWN &
O'MEARA LLP
7670 West Lake Mead Blvd.,
Suite 225
Las Vegas, NV 89128
(702) 258 6665

3

H:\1172\157\CF\Request for Extension to Respond to CSR MFGFS 001 doc

7.    This Request is made in good faith and not for the purposes of delay. Cannon Management respectfully requests that the deadline for its Response to CSR's Motion for Good Faith be extended until May 4, 2012 in hopes that matter can be globally resolved prior to filing any substantive objections to CSR's Motion for Good Faith Settlement.

Dated:  April 13, 2012

BREMER WHYTE BROWN & O'MEARA LLP

By: _____

Peter C. Brown, Esq.
Nevada State Bar No. 5887
Karen M. Baytosh, Esq.
Nevada State Bar No. 10510
7670 W. Lake Mead Blvd., #225
Las Vegas, NV 89128
Attorneys for Defendant
THE CANNON MANAGEMENT
COMPANY

**IT IS SO ORDERED** this 13th day of April, 2012.

_____
Gloria M. Navarro
United States District Judge

BREMER WHYTE BROWN &
O'MEARA LLP
7670 West Lake Mead Blvd
Suite 225
Las Vegas, NV 89128
(702) 258 6665

4

H:\1172\157\CE\Request for Extension to Respond to CSR MFGFS 001.doc