# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COPPER SANDS HOMEOWNERS ASSOCIATION, et al., </br></br>　　　　　Plaintiffs, </br></br>vs. </br></br>COPPER SANDS REALTY, LLC, et al., </br></br>　　　　　Defendants. | Case No. 2:10-cv-00510-GMN-GWF </br></br>**ORDER OF RECUSAL** |

　　　　Based his having conducted extensive settlement conferences in this case, the undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).  The undersigned Magistrate Judge remains available to conduct further settlement conferences in this matter should they be scheduled or referred to him.

　　　　Based on the foregoing and good cause appearing therefor,

　　　　**IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

　　　　DATED this 8th day of June, 2012.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ George Foley Jr._____
　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE