1
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276

2
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256

3
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330

4
Las Vegas, Nevada 89144
Telephone: (702) 634-5000

5
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com

6
Email: heidi.stern@akerman.com

7
*Attorneys for Countrywide Home Loans, Inc.*

8

9
**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10

11
COPPER SANDS HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit corporation; MARCIA JARRETT; CHARLES

12
WOOD; RICHARD DRESSLER; RICHARD EMANUEL; PAUL DOYLE; ARLENE

13
MARENTIC; BOJAN NENADIC; EVERETT F. CROXSON; MYRA SCHULTZ; STEVEN

14
GAZZA; MILORAD JAGROVIC; DAVID G. FERGUSON; JANE SOO HOO LUI; ZUI YI

15
QIU; DORON GERBY; CATALIN NISTOR; and HILARY GARBER, on their own behalf and

16
on behalf of all others similarly situated; and POE HOMEOWNERS 1 through 2000,

17

Plaintiffs,

18

vs.

19

COPPER SANDS REALTY, LLC, a Delaware

20
limited liability company; ROBERT COLUCCI, an individual; DARIO DELUCA, an individual,

21
a/k/a DARIO DE LUCA; CBC INVESTMENTS, INC., a Nevada corporation; JIM CERRONE, an

22
individual; COMPLEX SOLUTIONS, LIMITED, a Nevada limited liability company; COPPER

23
SANDS INVESTORS LP, a Nevada limited partnership; COUNTRYWIDE HOME LOANS,

24
INC., a New York corporation; CS CONSULTING SERVICE, LLC, a Nevada

25
limited liability company; TERESA CUSHMAN, an individual; RENATO DELUCA, a/k/a RAY

26
DELUCA and RAY DE LUCA; DFT, INC., a California corporation, d/b/a THE CANYON

27
MANAGEMENT COMPANY; SHAWN HEYL, an individual; LYNDA HOANG, an individual;

28
IRWIN MORTGAGE CORPORATION, an

Case No. 2:10-cv-00510-GMN-RJJ

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AND CAUSES OF ACTION  AGAINST COUNTRYWIDE HOME LOANS, INC.**

{24017578;1}                                       1

1   Indiana corporation; BRENT JONES, an
    individual, BRENT JONES SERVICES, INC., a
2   Nevada corporation; MANIETTA ELECTRIC,
    INC., a California corporation; MORTGAGE
3   LOAN SPECIALISTS, INC., a California
    corporation; PACIFICA ENTERPRISES
4   HOLDINGS LP, a California limited partnership;
    PACIFICA ENTERPRISES, INC., a California
5   corporation; PACIFICA ENTERPRISES LLC, a
    Nevada limited liability company; PACIFICA
6   MARKETING SERVICES, LLC, a Nevada
    limited liability company d/b/a "CONDO CLUB",
7   "CONDO CLUB LAS VEGAS", and "CONDO
    CLUB – LAS VEGAS", PACIFICA REAL
8   ESTATE INVESTMENTS, INC., a California
    corporation; PACIFICA REAL ESTATE
9   SERVICES, INC., a California corporation;
    PLASTER DEVELOPMENT COMPANY, INC.,
10  a Nevada corporation, d/b/a "SIGNATURE
    HOMES" and "SIGNATURE HOMES, INC.",
11  PREMIER COMMUNITIES, INC., a Nevada
    corporation; PREMIER FINANCIAL, LLC, a
12  California limited liability company; PREMIER
    REALTY SERVICES, INC., a California
13  corporation; PREMIER RESIDENTIAL, INC., a
    California corporation; VIMARK RE
14  ENTERPRISES, LLC, a California limited
    liability company, DOES 1 through 100,
15  inclusive; ROE CORPORATIONS 1 through
    100; ROE BUSINESS ENTITIES 1 through 100,
16  inclusive; and ROE GOVERNMENTAL
    ENTITIES 1 through 20, inclusive,

17          Defendants.

19  Countrywide Home Loans, Inc. (**CHL**), through its counsel Akerman Senterfitt LLP, and

20  Plaintiffs, Copper Sands Homeowners Association, Inc., Marcia Jarrett, Charles Wood, Richard

21  Emanuel, Arlene Marentic, Bojan Nenadic, Everett Croxson, Myra Schultz, Steven Gazza, David

22  Ferguson, Zui Yi Qui, Doron Gerby, Catalin Nistor, and Hilary Garber (collectively, **Plaintiffs**),

23  stipulate and agree as follows:

24  IT IS HEREBY STIPULATED AND AGREED that Plaintiffs' case be dismissed in its

25  entirety with prejudice as to CHL;

26  IT IS HEREBY STIPULATED AND AGREED that each party will bear their/its owns

27  attorney fees and costs; and

{24017578;1}                    2

1    IT IS FURTHER STIPULATED AND AGREED that there are no pending matters and the

2  trial has not been set in this matter.

3

| DATED this 26th day of June, 2012 | DATED this 26th day of June, 2012 |
|---|---|
| **LAW OFFICES OF TERRY L. WIKE** | **AKERMAN SENTERFITT LLP** #8256 |
| TERRY L. WIKE, ESQ. | ARIEL E. STERN, ESQ. |
| Nevada Bar No. 7211 | Nevada Bar No. 8276 |
| WILLIAM R. KILLIP, JR. | STEVEN G. SHEVORSKI, ESQ. |
| Nevada Bar No. 3660 | Nevada Bar No. 8256 |
| 9500 W. Flamingo Rd. | 1160 Town Center Drive, Suite 330 |
| Suite 108 | Las Vegas, NV 89144 |
| Las Vegas, NV 89147 | |
| | *Attorneys for Countrywide Home Loans, Inc.* |
| *Attorney for Plaintiffs* | |

14    **IT IS SO ORDERED** this 28th day of June, 2012.

_____
Gloria M. Navarro
United States District Judge