1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7

8

9

10

11

12

COPPER SANDS HOMEOWNERS
ASSOCIATION, INC.,*et al.,*

   Plaintiffs,

v

COPPER SANDS REALTY, LLC, et al.,

   Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:10-CV-00510-GMN-RJJ

**ORDER**

13

14   This matter was referred to the undersigned Magistrate Judge on Defendant Cannon

15 Management's Emergency Motion for Limited Extension of Discovery (4th Request) (#533).

16   The court having reviewed Defendant's Motion (#533), Plaintiff's Limited Opposition

17 thereto (#545), and Defendant's Reply (#549), and good cause appearing,

18   IT IS ORDERED that Defendant Cannon Management's Emergency Motion for Limited

19 Extension of Discovery (4th Request) (#533) is GRANTED.

20   IT IS FURTHER ORDERED that discovery shall be extended until **October 12, 2012** for

21 the purpose of taking the depositions of Andrew Heresz, Michael Trudell and John Leach.

22   IT IS FURTHER ORDERED that the deposition of Andrew Heresz shall be taken prior to

23 the deposition of Michael Trudell.

24 DATED this 30th day of August, 2012.

25

26

27

_____
ROBERT J. JOHNSTON
UNITED STATES MAGISTRATE JUDGE

28