# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COPPER SANDS HOMEOWNERS ASSOCIATION, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JIM CERRONE, et al., <br><br> Defendants. | Case No. 2:10-cv-00510-GMN-NJK <br><br> **ORDER** <br><br> (Mtn to Excuse - Dkt. #609) |

This matter is before the court on Plaintiffs' Motion to Excuse Attendance at the June 17, 2013, Settlement Conference (Dkt. #609) filed April 19, 2013. The court has considered the Motion.

On April 5, 2013, Magistrate Judge Peggy A. Leen entered an Order (Dkt. #607) on behalf of the undersigned setting this matter for a settlement conference on June 17, 2013. That Order directed that all counsel shall ensure that their clients would be present at the settlement conference. *See* Order at 1:14-17. The Motion to Excuse requests that individual Plaintiffs Richard Dressler, Richard Emanuel, Arlene Marentic, Bojan Nenadic, Everett F. Croxson, Myra Schultz, Steven Gazza, Milorad Jagrovic, David G. Ferguson, Jane Soo Hoo Lui, Zui Yi Qiu, Doron Gerby, Catalin Nistor and Hilary Garber (the "Individual Plaintiffs") be excused from attending the settlement conference. The Movants represent that the Copper Sands Homeowners Association (the "Homeowners Association") has authority to settle this case, and they request permission four the Homeowners Association's Board of Directors members–Plaintiffs Marica Jarrett, Charles Wood, Bruce Bevilacqua, and Paul Doyle–be permitted to attend on the named Plaintiffs' behalf.

Having reviewed and considered the matter, and good cause appearing,

///

**IT IS ORDERED:**

1. The Motion to Excuse (Dkt. #609) is GRANTED.
2. The Individual Plaintiffs--Richard Dressler, Richard Emanuel, Arlene Marentic, Bojan Nenadic, Everett F. Croxson, Myra Schultz, Steven Gazza, Milorad Jagrovic, David G. Ferguson, Jane Soo Hoo Lui, Zui Yi Qiu, Doron Gerby, Catalin Nistor and Hilary Garber–are excused from attending the June 17, 2013, settlement conference.
3. The Homeowners Association's Board of Directors members–Plaintiffs Marica Jarrett, Charles Wood, Bruce Bevilacqua, and Paul Doyle–shall appear on behalf of all the named Plaintiffs.

Dated this 25th day of April, 2013.

```
                                    _____
                                    PEGGY A. LEEN, on behalf of
                                    ROBERT A. MCQUAID
                                    UNITED STATES MAGISTRATE JUDGE
```