# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COPPER SANDS HOMEOWNERS ASSOCIATION, INC., et al., <br><br> Plaintiff(s), <br><br> vs. <br><br> COPPER SANDS REALTY, LLC, et al., <br><br> Defendant(s). | Case No. 2:10-cv-00510-GMN-NJK <br><br> ORDER SETTING STATUS CONFERENCE |

On September 18, 2013, United States District Judge Gloria M. Navarro referred to the undersigned for reconsideration Defendant's Motion to Set Aside Plaintiff's Assertion of Attorney Client Privilege in light of the standard announced in *Wardleigh v. Second Judicial Dist. Court*, 891 P.2d 1180 (Nev. 1995). *See* Docket No. 623. The Court hereby sets a status conference for September 30, 2013 at 11:00 a.m. in Courtroom 3C. Only counsel for Defendant Cannon Management Company and Plaintiff are required to attend the status conference. IT IS SO ORDERED.

IT IS SO ORDERED.

DATED: September 18, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge