# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COPPER SANDS HOMEOWNERS ASSOCIATION, INC., *et al.*, <br><br> Plaintiff, <br> vs. <br><br> COPPER SANDS REALTY, LLC, *et al.*, <br><br> Defendants. | Case No.: 2:10-cv-00510-GMN-NJK <br><br> **ORDER** |

Pending before the Court is the Motion for District Judge to Reconsider (ECF No. 577) filed by Plaintiff Copper Sands Homeowners Association, Inc. ("Plaintiff"). Defendant Cannon Management filed a Response (ECF No. 583) and Plaintiff filed a Reply (ECF No. 585).

Rule IB 3-1(a) of the Local Rules of Practice of the United States District Court for the District of Nevada provides that "[a] district judge may reconsider any pretrial matter referred to a magistrate judge . . . , where it has been shown that the magistrate judge's ruling is clearly erroneous or contrary to law." D. Nev. R. IB 3-1(a); *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a). Pursuant to Local Rule IB 3-1(b), a "district judge may affirm, reverse, or modify, in whole or in part, the ruling made by the magistrate judge," and "may also remand the same to the magistrate judge with instructions." *See also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a).

The Court has reviewed Magistrate Judge Johnston's Order (ECF No. 571; *see also* Transcript of Proceedings, ECF No. 574) denying Plaintiff's Emergency Motion to Disqualify Defendant's Counsel (ECF No. 567), and does not find that his ruling was clearly erroneous or contrary to law.

## CONCLUSION

**IT IS HEREBY ORDERED** that the Motion for District Judge to Reconsider (ECF No. 577) is **DENIED.**

**DATED** this 19th day of September, 2013.

_____
Gloria M. Navarro
United States District Judge