UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COPPER SANDS HOMEOWNERS ASSOCIATION, INC., et al., | Case No. 2:10-cv-00510-GMN-NJK |
| Plaintiff(s), | ORDER RE: DOCKET NO. 643 |
| vs. | |
| COPPER SANDS REALTY, LLC, et al., | |
| Defendant(s). | |

On October 21, 2013, the Court issued an order setting a briefing schedule for Defendant's filing of a renewed motion to set aside Plaintiffs' assertion of privilege. Docket No. 640. As part of that order, the Court indicated that "Plaintiffs shall file a response to that renewed motion, no later than October 29, 2013." *Id.* at 2. Although Defendant filed its renewed motion, Docket No. 643, Plaintiffs failed to timely file a response in accordance with the Court's order.[1] Plaintiffs are hereby **ORDERED** to file their response no later than noon on November 1, 2013. The failure to do so

---

[1] The Court recognizes that the electronic filing system automatically generated a response date to the renewed motion of November 10, 2013. *See* Docket No. 643. "The notice automatically generated when a party electronically files a motion is not a court order" and does not alter deadlines set by Court order. *Carrillo v. B&J Enterps., LLC*, 2013 U.S. Dist. Lexis 22010, *2 (D. Nev. Feb. 19, 2013). Accordingly, Plaintiffs have violated the Court's order requiring a responsive brief be filed no later than October 29, 2013. Nonetheless, the Court will allow a short extension to the deadline. *See id.* at *3. The Court expects counsel to abide by Court ordered deadlines in the future, however.

may result in the Court finding the renewed motion to be unopposed.  *See* Local Rule 7-2(d). Defendant shall file a reply no later than November 6, 2013.

IT IS SO ORDERED.

DATED: October 30, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge