UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

COPPER SANDS HOMEOWNERS ASSOCIATION, INC., et al.,

Plaintiff(s),

vs.

COPPER SANDS REALTY, LLC, et al.,

Defendant(s).

Case No. 2:10-cv-00510-GMN-NJK

ORDER

The Court has received a fax from the parties indicating that they have stipulated to moving the hearing currently set for Monday, January 27, 2014 at 11:00 a.m. Based on the representation that the parties were not able to file the stipulation because of technical difficulties with the CM/ECF system, the Court allowed them to fax it to chambers. The stipulation is attached to this order. Unfortunately, the stipulation provides no reason whatsoever why the parties seek to continue the hearing or why they waited to submit the stipulation until nearly 2:30 p.m. the afternoon of the business day before the hearing. Accordingly, the Court hereby SETS a brief telephonic hearing for today, January 24, 2014, at 4:00 p.m. regarding the stipulation. Counsel shall call the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls as well as the use of a speaker phone are prohibited.

IT IS SO ORDERED.

DATED: January 24, 2014

NANCY J. KOPPE
United States Magistrate Judge

```
 1  PETER C. BROWN, ESQ.
    Nevada State Bar No. 5887
 2  KAREN M. BAYTOSH, ESQ.
    Nevada State Bar No. 10510
 3  BREMER WHYTE BROWN & O'MEARA LLP
    1160 N. Town Center Drive
 4  SUITE 250
    LAS VEGAS, NV 89144
 5  TELEPHONE: (702) 258-6665
    FACSIMILE: (702) 258-6662
 6  pbrown@bremerandwhyte.com
    kbaytosh@bremerandwhyte.com
 7
 8  Attorneys for Defendant,
    THE CANNON MANAGEMENT COMPANY
 9
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COPPER SANDS HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit corporation; MARCIA JARRETT; CHARLES WOOD; RICHARD DRESSLER; RICHARD EMANUEL; PAUL DOYLE; ARLENE MARENTIC; BOJAN NENADIC; EVERETT F. CROXSON; MYRA SCHULTZ; STEVEN GAZZA; MILORAD JAGROVIC; DAVID G. FERGUSON; JANE SOO HOO LUI; XUI YI QIU; DORON GERBY; CATALIN NISTOR; and HILARY GARBER, on their own behalf and on behalf of all others similarly situated; and POE HOMEOWNERS 1-2000, <br><br> Plaintiffs, <br><br> vs. <br><br> COPPER SANDS REALTY, LLC, a Delaware limited liability company; ROBERT COLUCCI, an individual; DARIO DELUCA, an individual, a/k/a DARIO DE LUCA; CBC INVESTMENTS, INC., a Nevada corporation; JIM CERRONE, an individual; COMPLEX SOLUTIONS, LIMITED, a Nevada limited liability company; COPPER SANDS INVESTORS LP, a Nevada limited partnership; COUNTRYWIDE HOME LOANS, INC., a New York Corporation; CS CONSULTING SERVICE, LLC, a Nevada limited liability company; TERESA CUSHMAN, an individual; RENATO DELUCA, an individual, a/k/a RAY DELUCA and RAY DE LUCA; DFT, INC., a California corporation, d/b/a THE CANNON MANAGEMENT COMPANY; SHAWN HEYL, an individual; | Case No.: 2:10-cv-00510-GMN-GWF <br><br> **STIPULATION AND ORDER TO EXTEND THE HEARING ON DEFENDANT CANNON MANAGEMENT'S RENEWED MOTION TO SET ASIDE PLAINTIFF'S ASSERTION OF ATTORNEY-CLIENT PRIVILEGE** |

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

H:\1172\157\CF\stip and order re 1.27.14 Hearing.doc

| | |
|---|---|
| 1 | LYNDA HOANG, an individual; IRWIN MORTGAGE CORPORATION, an Indiana corporation; BRENT JONES, an individual; BRENT JONES SERVICES, INC., a Nevada corporation; MANIETTA ELECTRIC, INC., a California corporation, MORTGAGE LOAN SPECIALISTS, INC., a California corporation; PACIFICA ENTERPRISES HOLDINGS LP, a California limited partnership; PACIFICA ENTERPRISES, INC., a California corporation, PACIFICA ENTERPRISES LLC, a Nevada limited liability company; PACIFICA MARKETING SERVICES, LLC, a Nevada limited liability company; PACIFICA MARKETING SERVICES, LLC, a Nevada limited liability company d/b/a "CONDO CLUB", "CONDO CLUB LAS VEGAS", and "CONDO CLUB - LAS VEGAS"; PACIFICA REAL ESTATE INVESTMENTS, INC., a California corporation; PACIFICA REAL ESTATE SERVICES, INC., a California corporation; PLASTER DEVELOPMENT COMPANY, INC., a Nevada corporation, d/b/a "SIGNATURE HOMES" and "SIGNATURE HOMES, INC."; PREMIER COMMUNITIES, INC., a Nevada corporation; PREMIER FINANCIAL, LLC, a California limited liability company; PREMIER REALTY SERVICES, INC., a California corporation; PREMIER RESIDENTIAL, INC., a California corporation; VIMARK RE ENTERPRISES LLC, a California limited liability company; DOES 1-100; inclusive; ROE CORPORATIONS 1-100, inclusive; ROE BUSINESS ENTITIES 1-100, inclusive; and ROE GOVERNMENTAL ENTITIES 1-20, inclusive,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS HEREBY STIPULATED by and between Plaintiff, by and its counsel of record, Terry L. Wike Esq., of LAW OFFICES OF TERRY WIKE and Defendant, the CANNON MANAGEMENT COMPANY, by and through its attorneys of record, Peter C. Brown, Esq., and Karen M. Baytosh, Esq., of the law firm of Bremer, Whyte, Brown & O'Meara, LLP, and Andrew C. Greene, Esq., of the law firm KOELLER NEBEKER, CARLSON & HALUCK, LLP the Hearing on Defendant Cannon Management's Renewed Motion to Set Aside Plaintiff's Assertion of Attorney Client Privilege is hereby extended to a date that is convenient for the Court.

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

H:\1172\157\CF\stip and order re 1.27.14 Hearing.doc

The parties propose the following dates: February 20, 21, 27 or 28, 2014.

DATED this 24th day of January, 2014

| BREMER WHYTE BROWN & O'MEARA | LAW OFFICES OF TERRY L. WIKE |
|---|---|
| By: /s/ Karen M. Baytosh<br>Peter C. Brown, Esq.<br>Nevada Bar No. 5887<br>Karen M. Baytosh, Esq.<br>Nevada Bar No. 10510<br>1160 N. Town Center Drive, Suite 250<br>Las Vegas, NV 89144<br>Attorneys for Defendant<br>CANNON MANAGEMENT | By: /s/ Terry L. Wike, Esq.<br>Terry L. Wike, Esq.<br>Nevada Bar No 7211<br>9500 W. Flamingo Road, Suite 108<br>Las Vegas, NV 89147<br>Attorneys for Plaintiffs |

KOELLER, NEBEKER, CARLSON & HALUCK, LLP

By: /s/ Andrew Green, Esq.
Andrew Green, Esq.
Nevada Bar No. 9399
300 S. Fourth Street, Suite 500
Las Vegas, NV 89101
Attorney for Defendants
Cooper Sands Investors LP,
Deluca, Renato, Pacifica Enterprises Inc.
Pacifica Enterprises LLC,
Pacifica Marketing Services LLC

## ORDER

**IT IS SO ORDERED** this ____ day of _____, 2014.

_____
Nancy J. Koppe
United States Magistrate

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

3

H:\1172\157\CF\stip and order re 1.27.14 Hearing.doc