PETER C. BROWN, ESQ.
Nevada State Bar No. 5887
KAREN M. BAYTOSH, ESQ.
Nevada State Bar No. 10510
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
pbrown@bremerandwhyte.com
kbaytosh@bremerandwhyte.com

Attorneys for Defendant,
THE CANNON MANAGEMENT COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COPPER SANDS HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit corporation; MARCIA JARRETT; CHARLES WOOD; RICHARD DRESSLER; RICHARD EMANUEL; PAUL DOYLE; ARLENE MARENTIC; BOJAN NENADIC; EVERETT F. CROXSON; MYRA SCHULTZ; STEVEN GAZZA; MILORAD JAGROVIC; DAVID G. FERGUSON; JANE SOO HOO LUI; XUI YI QIU; DORON GERBY; CATALIN NISTOR; and HILARY GARBER, on their own behalf and on behalf of all others similarly situated; and POE HOMEOWNERS 1-2000,<br><br>Plaintiffs,<br><br>vs.<br><br>COPPER SANDS REALTY, LLC, a Delaware limited liability company; ROBERT COLUCCI, an individual; DARIO DELUCA, an individual, a/k/a DARIO DE LUCA; CBC INVESTMENTS, INC., a Nevada corporation; JIM CERRONE, an individual; COMPLEX SOLUTIONS, LIMITED, a Nevada limited liability company; COPPER SANDS INVESTORS LP, a Nevada limited partnership; COUNTRYWIDE HOME LOANS, INC., a New York Corporation; CS CONSULTING SERVICE, LLC, a Nevada limited liability company; TERESA CUSHMAN, an individual; RENATO DELUCA, an individual, a/k/a RAY DELUCA and RAY DE LUCA; DFT, INC., a California corporation, d/b/a THE CANNON MANAGEMENT COMPANY; SHAWN HEYL, an individual; LYNDA HOANG, an individual; IRWIN | Case No.: 2:10-cv-00510-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME ON DEFENDANT CANNON MANAGEMENT'S MOTION OF POINT AND AUTHORITIES AND PLAINTIFF'S REPLY TO THE SAME** |

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

H:\1172\157\CF\stip and order re joinders.doc

| | |
|---|---|
| 1 | MORTGAGE CORPORATION, an Indiana corporation; BRENT JONES, an individual; |
| 2 | BRENT JONES SERVICES, INC., a Nevada corporation; MANIETTA ELECTRIC, INC., a |
| 3 | California corporation, MORTGAGE LOAN SPECIALISTS, INC., a California corporation; |
| 4 | PACIFICA ENTERPRISES HOLDINGS LP, a California limited partnership; PACIFICA |
| 5 | ENTERPRISES, INC., a California corporation, PACIFICA ENTERPRISES LLC, a Nevada |
| 6 | limited liability company; PACIFICA MARKETING SERVICES, LLC, a Nevada |
| 7 | limited liability company; PACIFICA MARKETING SERVICES, LLC, a Nevada |
| 8 | limited liability company d/b/a "CONDO CLUB", "CONDO CLUB LAS VEGAS", and |
| 9 | "CONDO CLUB - LAS VEGAS"; PACIFICA REAL ESTATE INVESTMENTS, INC., a |
| 10 | California corporation; PACIFICA REAL ESTATE SERVICES, INC., a California |
| 11 | corporation; PLASTER DEVELOPMENT COMPANY, INC., a Nevada corporation, d/b/a |
| 12 | "SIGNATURE HOMES" and "SIGNATURE HOMES, INC."; PREMIER COMMUNITIES, |
| 13 | INC., a Nevada corporation; PREMIER FINANCIAL, LLC, a California limited liability |
| 14 | company; PREMIER REALTY SERVICES, INC., a California corporation; PREMIER |
| 15 | RESIDENTIAL, INC., a California corporation; VIMARK RE ENTERPRISES LLC, a California |
| 16 | limited liability company; DOES 1-100; inclusive; ROE CORPORATIONS 1-100, |
| 17 | inclusive; ROE BUSINESS ENTITIES 1-100, inclusive; and ROE GOVERNMENTAL |
| 18 | ENTITIES 1-20, inclusive, |
| 19 | Defendants. |

IT IS HEREBY STIPULATED by and between Plaintiff, by and its counsel of record, Terry L. Wike Esq., of LAW OFFICES OF TERRY WIKE and Defendant, the CANNON MANAGEMENT COMPANY, by and through its attorneys of record, Peter C. Brown, Esq., and Karen M. Baytosh, Esq., of the law firm of Bremer, Whyte, Brown & O'Meara, LLP, and Andrew C. Greene, Esq., of the law firm KOELLER NEBEKER, CARLSON & HALUCK, LLP to the following:

1. Defendant Cannon Management's Motion of Points and Authorities to Joinders to: Defendant Manietta Electric Inc.'s, Motion to Strike Jan Brussel's Cost of Repair Report Dated

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

H:\1172\157\CF\stip and order re joinders.doc

May 27; Defendant Robert Colucci, et al.'s Motion for Summary Judgment Based on Repose and Limitation Periods; Defendant Robert Colucci's Motion for Partial Summary Judgment Due to Disclosures and Warranty Disclaimers; and Defendant Robert Colucci's Motion for Summary Judgment for lack of Evidence is hereby extended to Wednesday, January 29, 2013.

2. Plaintiff's Responses to Defendant Cannon Management's Motion of Points and Authorities to Joinders to: Defendant Manietta Electric Inc.'s, Motion to Strike Jan Brussel's Cost of Repair Report Dated May 27; Defendant Robert Colucci, et al.'s Motion for Summary Judgment Based on Repose and Limitation Periods; Defendant Robert Colucci's Motion for Partial Summary Judgment Due to Disclosures and Warranty Disclaimers; and Defendant Robert Colucci's Motion for Summary Judgment for Lack of Evidence is hereby extended until to Wednesday, February 5, 2013.

There parties enter into this Stipulation and Order based on Mrs. Baytosh having to deal family health issues.

DATED this 24th day of January, 2014

BREMER WHYTE BROWN & O'MEARA

By: /s/ Karen M. Baytosh, Esq.
Peter C. Brown, Esq.
Nevada Bar No. 5887
Karen M. Baytosh, Esq.
Nevada Bar No. 10510
1160 N. Town Center Drive, Suite 250
Las Vegas, NV 89144
Attorneys for Defendant
CANNON MANAGEMENT

LAW OFFICES OF TERRY L. WIKE

By: /s/ Terry L. Wike, Esq.
Terry L. Wike, Esq.
Nevada Bar No 7211
9500 W. Flamingo Road, Suite 108
Las Vegas, NV 89147
Attorneys for Plaintiffs

KOELLER, NEBEKER, CARLSON & HALUCK, LLP

By: /s/ Andrew Green, Esq.
Andrew Green, Esq.
Nevada Bar No. 9399
300 S. Fourth Street, Suite 500
Las Vegas, NV 89101
Attorney for Defendants
Cooper Sands Investors LP,

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

3

H:\1172\157\CF\stip and order re joinders.doc

| | |
|---|---|
| 1 | Deluca, Renato, Pacifica Enterprises Inc. |
| 2 | Pacifica Enterprises LLC, |
|   | Pacifica Marketing Services LLC |
| 3 | **ORDER** |
| 4 | **IT IS SO ORDERED** |

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 01/24/14**

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

4

H:\1172\157\CF\stip and order re joinders.doc