# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COPPER SANDS HOMEOWNERS ASSOCIATION, INC. *et al.*, | |
| Plaintiffs, | Case No.: 2:10-cv-00510-GMN-NJK |
| vs. | **ORDER** |
| COPPER SANDS REALTY, LLC, *et al.*, | |
| Defendants. | |

Pending before the Court is the Motion for Determination of Good Faith Settlement as to CS Consulting Service, LLC. (ECF No. 627.) Defendant Cannon Management Company filed a Response. (ECF No. 637.)

## I. BACKGROUND

Pursuant to the January 14, 2014 Minutes of Proceedings, (ECF No. 653), Plaintiffs were ordered to furnish a copy of the executed settlement agreement to objecting Defendant Cannon Management Company by 1/21/2014. At the January 14th hearing, the Court further ordered that, after Defendant Cannon Management Company reviewed and approved of the settlement agreement, Defendant Cannon Management Company was to file a withdrawal of its opposition, (ECF No. 637), to the Motion for Determination of Good Faith Settlement, (ECF No. 627).

## II. CONCLUSION

It appearing to the Court that the parties have failed to comply with one or more of these orders, **IT IS HEREBY ORDERED** that a hearing on the Motion for Determination of Good Faith Settlement is set for Tuesday, April 22, 2014 at 9:30 AM in LV Courtroom 7D before Chief Judge Gloria M. Navarro.

**IT IS FURTHER ORDERED** that this hearing may be vacated upon the filing of a notice of non-opposition by Defendant Cannon Management Company or a stipulation signed by both parties.

**DATED** this __15__ day of April, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Judge