Terry L. Wike, Esq.
Nevada Bar No.: 7211
LAW OFFICES OF TERRY L. WIKE
9500 W. Flamingo Rd., Suite 108
Las Vegas, Nevada 89147
Phone: (702) 870-9898
Fax:    (702) 870-0582
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| COPPER SANDS HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit corporation; MARCIA JARRETT; CHARLES WOOD; RICHARD DRESSLER; RICHARD EMANUEL; PAUL DOYLE; ARLENE MARENTIC; BOJAN NENADIC; EVERETT F. CROXSON; MYRA SCHULTZ; STEVEN GAZZA; MILORAD JAGROVIC; DAVID G. FERGUSON; JANE SOO HOO LUI; ZUI YI QIU; DORON GERBY; CATALIN NISTOR; and HILARY GARBER, on their own behalf and on behalf of all others similarly situated; and POE HOMEOWNERS 1-2000,<br><br>Plaintiffs,<br><br>v.<br><br>COPPER SANDS REALTY, LLC, a Delaware limited liability company; ROBERT COLUCCI, an individual; DARIO DELUCA, an individual, a/k/a DARIO DE LUCA; JIM CERRONE, an individual; COMPLEX SOLUTIONS, LIMITED, a Nevada limited liability company; COPPER SANDS INVESTORS LP, a Nevada limited partnership; COUNTRYWIDE HOME LOANS, INC., a New York Corporation; CS CONSULTING SERVICE, LLC, a Nevada limited liability company; TERESA CUSHMAN, an individual; RENATO DELUCA, an individual, a/k/a RAY DELUCA and RAY DE LUCA; DFT, INC., a California corporation, d/b/a THE CANNON MANAGEMENT COMPANY; SHAWN HEYL, an individual; LYNDA HOANG, an individual; IRWIN MORTGAGE CORPORATION, an Indiana corporation; BRENT JONES, an individual; BRENT JONES | Case No. 2:10-cv-00510-GMN-NJK<br><br>**MOTION FOR LEAVE TO FILE EXCESS PAGES RE: OPPOSITION TO MOTION FOR SUMMARY JUDGMENT UPON PLAINTIFF'S CLAIMS BASED UPON: STATUTES OF REPOSE AND LIMITATIONS PERIODS; CONTRACTUAL DISCLOSURES, WAIVERS AND DISCLAIMERS OF CLAIMS; ASSUMPTION OF RISK AND ABSENCE OF ANY CONTRACTUAL DUTY; LACK OF ADMISSIBLE EVIDENCE OF CAUSATION OF DAMAGES (Doc. 679)**<br><br>**AND ORDER** |

SERVICES, INC., a Nevada corporation; MANIETTA ELECTRIC, INC., a California corporation; MORTGAGE LOAN SPECIALISTS, INC., a California corporation; PACIFICA ENTERPRISES HOLDINGS LP, a California limited partnership; PACIFICA ENTERPRISES, INC., a California corporation; PACIFICA ENTERPRISES LLC, a Nevada limited liability company; PACIFICA MARKETING SERVICES, LLC, a Nevada limited liability company d/b/a "CONDO CLUB", "CONDO CLUB LAS VEGAS", and "CONDO CLUB – LAS VEGAS"; PACIFICA REAL ESTATE INVESTMENTS, INC., a California corporation; PACIFICA REAL ESTATE SERVICES, INC., a California corporation; PLASTER DEVELOPMENT COMPANY, INC., a Nevada corporation, d/b/a "SIGNATURE HOMES" and "SIGNATURE HOMES, INC."; PREMIER COMMUNITIES, INC., a Nevada corporation; PREMIER FINANCIAL, LLC, a California limited liability company; PREMIER REALTY SERVICES, INC., a California corporation; PREMIER RESIDENTIAL, INC., a California corporation; VIMARK RE ENTERPRISES LLC, a California limited liability company; DOES 1-100; inclusive; ROE CORPORATIONS 1-100, inclusive; ROE BUSINESS ENTITIES 1-100, inclusive; and ROE GOVERNMENTAL ENTITIES 1-20, inclusive,

Defendants.

**MOTION FOR LEAVE TO
FILE EXCESS PAGES RE: OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
UPON PLAINTIFF'S CLAIMS BASED UPON: STATUTES OF REPOSE AND
LIMITATIONS PERIODS; CONTRACTUAL DISCLOSURES, WAIVERS AND
DISCLAIMERS OF CLAIMS; ASSUMPTION OF RISK AND ABSENCE OF ANY
CONTRACTUAL DUTY; LACK OF ADMISSIBLE EVIDENCE OF CAUSATION OF
DAMAGES (Doc. 679)   AND ORDER**

Pursuant to LR 7-4, Plaintiff, COPPER SANDS HOMEOWNERS ASSOCIATION, INC., requests leave of this Court to file an Opposition to Motion for Summary Judgment Upon Plaintiff's Claims Based Upon: Statutes of Repose and Limitations Periods; Contractual Disclosures, Waivers and Disclaimers of Claims; Assumption of Risk and Absence of Any Contractual Duty; Lack of Admissible Evidence of Causation of Damages (Doc. 679) exceeding the page limits ordinarily applicable. Plaintiff respectfully submits that eminent good cause exists for this request because the

issues are far too numerous, the case far too complex, and the facts far too voluminous to be sufficiently presented to this Court within only 30 pages. In addition, Defendant's motion actually contained 32 pages, already exceeding the page limit proscribed by LR 7-4.

The procedural background, the relevant facts and the issues, in short, can scarcely be summarized, much less coherently discussed, within limits anywhere near the 30 pages allowed by LR 7-4. Plaintiff therefore requests permission from this Court to file an Opposition containing no more than 50 pages.

Dated this 14th day of April, 2014.

LAW OFFICES OF TERRY L. WIKE

By: _____
TERRY L. WIKE, ESQ.
Bar No. 7211
9500 W. Flamingo Road, Suite 108
Las Vegas, Nevada 89147
(702) 870-9898
*Attorneys for Plaintiff*

## ORDER

The Court has read the foregoing Motion for Leave to File Excess Pages (ECF No. 682) re Errata (ECF No. 681) to Motion for Summary Judgment (ECF No. 679) to allow a maximum page limit of 50 pages, filed by Plaintiffs, and hereby **DENIES** Plaintiffs' request. However, the Court will grant Plaintiffs a 14-day extension to file their Response in opposition to Defendant DFT, Inc., dba The Cannon Management Company's Motion for Summary Judgment (ECF No. 679) to allow Plaintiffs time to reduce the length of their opposition. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File Excess Pages (ECF No. 682) is hereby **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs shall have through and including May 16, 2014, to file their Response in Opposition to Defendant DFT, Inc., dba The Cannon Management Company's Motion for Summary Judgment (ECF No. 679).

**DATED** this 23rd day of April, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

3