SODW
JAMES M. BARRINGTON, ESQ
Nevada Bar No. 9252
**LINCOLN, GUSTAFSON & CERCOS, LLP**
3960 Howard Hughes Pkwy
Suite 200
Las Vegas, Nevada 89169
(702) 257-1997 / (702) 257-2203 Fax
jbarrington@lgclawoffice.com

Attorneys for Defendant,
CS CONSULTING SERVICE, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COPPER SANDS HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit corporation; MARCIA JARRETT; CHARLES WOOD; RICHARD DRESSLER; RICHARD EMANUEL; PAUL DOYLE; ARLENE MARENTIC; BOJAN NENADIC; EVERETT F. CROXSON; MYRA SCHULTZ; STEVEN GAZZA; MILORAD JAGROVIC; DAVID G. FREGUSON; JANE SOO HOO LUI; ZUI YI QUI; DORON GERBY; CATALIN NISTOR; and HILARY GARBER, on their own behalf and on behalf of all others similarly situated; and POE HOMEOWNERS 1-2000,<br><br>    Plaintiffs,<br><br>v.<br><br>COPPER SANDS REALTY, LLC, a Delaware limited liability company; ROBERT COLUCCI, an individual; DARIO DELUCA, an individual, a/k/a DARIO DELUCA; CBC INVESTMENTS, INC., a Nevada corporation; JIM CERRONE, an individual; COMPLEX SOLUTIONS, LIMITED, a Nevada limited liability company; COPPER SANDS INVESTORS LP, a Nevada limited partnership; COUNTRYWIDE HOME LOANS, INC., a New York corporation; CS CONSULTING SERVICE, LLC, a Nevada limited liability company; TERESA CUSHMAN, an individual; RENATO DELUCA, an individual, a/k/a RAY DELUCA and RAY DE LUCA; DFT, INC., a California corporation, d/b/a THE CANNON MANAGEMENT COMPANY; SHAWN HEYL, an individual; LYNDA HOANG, an individual; IRWIN MORTGAGE | Case No.:2:10-cv-00510-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CS CONSULTING SERVICE, LLC WITH PREJUDICE** |

-1-

|   |   |
|---|---|
| 1 | CORPORATION, an Indiana corporation; BRENT JONES, an individual; BRENT JONES SERVICES, INC., a Nevada corporation; MANETTA ELECTRIC, INC., a California corporation; MORTGAGE LOAN SPECIALISTS, INC., a California corporation; PACIFICA ENTERPRISES HOLDINGS LP, a California limited partnership; PACIFICA ENTERPRISES, INC., a California corporation; PACIFICA ENTERPRISES, LLC, a California limited liability company; PACIFICA MARKETING SERVICES, LLC, a Nevada limited liability company, d/b/a "CONDO CLUB," "CONDO CLUB LAS VEGAS" and "CONDO CLUB – LAS VEGAS"; PACIFICA REAL ESTATE INVESTMENTS, INC., a California corporation; PACIFICA REAL ESTATE SERVICES, INC., a California corporation; PLASTER DEVELOPMENT COMPANY, INC., a Nevada corporation, d/b/a "SIGNATURE HOMES" and "SIGNATURE HOMES, INC."; PREMIER COMMUNITIES, INC., a Nevada corporation; PREMIER FINANCIAL, LLC, a California limited liability company; PREMIER REALTY SERVICES, INC., a California corporation; PREMIER RESIDENTIAL, INC., a California corporation; VIMARK RE ENTERPRISES, LLC, a California limited liability company; DOES 1-100, inclusive; ROE CORPORATIONS 1-100, inclusive; ROE BUSINESS ENTITIES 1-100, inclusive; and ROE GOVERNMENTAL ENTITIES 1-20, inclusive, |

Defendants.

IT IS HEREBY STIPULATED by and between Plaintiffs, COPPER SANDS HOMEOWNERS ASSOCIATION, INC., MARCIA JARRETT; CHARLES WOOD; RICHARD DRESSLER; RICHARD EMANUEL; PAUL DOYLE; ARLENE MARENTIC; BOJAN NENADIC; EVERETT F. CROXSON; MYRA SCHULTZ; STEVEN GAZZA; MILORAD JAGROVIC; DAVID G. FERGUSON; JANE SOO HOO LUI; ZUI YI QIU; DORON GERBY; CATALIN NISTOR; and HILARY GARBER, and Defendant, CS CONSULTING SERVICE, LLC, that the Complaint filed by the Plaintiff, and any amendments, cross-claims, or counter-claims, between the above-referenced parties are hereby dismissed with prejudice. Each party to bear its own fees and costs.

IT IS SO ORDERED.

_____
Gloria M. Navarro, Chief Judge
United States District Court
DATED: 04/01/2015

DATED this 13 day of March, 2015.

LINCOLN, GUSTAFSON & CERCOS, LLP

_____
JAMES M. BARRINGTON, ESQ.
Nevada Bar No. 9252
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Attorneys for Defendant,
CS CONSULTING SERVICE, LLC

LAW OFFICES OF TERRY L. WIKE

_____ 3-9-15
TERRY L. WIKE, ESQ.
Nevada Bar No. 7211
9500 W. Flamingo Rd., Suite 108
Las Vegas, Nevada 89147
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 04/01/2015**

Submitted by:

LINCOLN, GUSTAFSON & CERCOS, LLP

_____
JAMES M. BARRINGTON, ESQ
Nevada Bar No. 9252
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Attorneys for Defendant,
CS CONSULTING SERVICE, LLC

V:\A-E\CopperSands_CSConsult\Attorney Notes\Drafts\Pleadings\20150305_SODW_Cs Consulting Service.docx