1  PETER C. BROWN, ESQ.
   Nevada State Bar No. 5887
2  KAREN M. BAYTOSH, ESQ.
   Nevada State Bar No. 10510
3  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. Town Center Drive
4  SUITE 250
   LAS VEGAS, NV 89144
5  TELEPHONE: (702) 258-6665
   FACSIMILE: (702) 258-6662
6  pbrown@bremerandwhyte.com
   kbaytosh@bremerandwhyte.com
7
   Attorneys for Defendant,
8  DFT, Inc. d/b/a The Cannon
   Management Company
9
                    UNITED STATES DISTRICT COURT
10
                         DISTRICT OF NEVADA
11

12 COPPER SANDS HOMEOWNERS            ) Case No.: 2:10-cv-00510-GMN-NJK
   ASSOCIATION, INC., a Nevada non-profit )
   corporation; MARCIA JARRETT; CHARLES )
13 WOOD; RICHARD DRESSLER; RICHARD    )
   EMANUEL; PAUL DOYLE; ARLENE        )
14 MARENTIC; BOJAN NENADIC; EVERETT F. )
   CROXSON; MYRA SCHULTZ; STEVEN      )  **STIPULATED REQUEST AND**
15 GAZZA; MILORAD JAGROVIC; DAVID G.  )  **ORDER TO EXTEND TIME FOR**
   FERGUSON; JANE SOO HOO LUI; XUI YI )  **SUBMISSION OF A PROPOSED**
16 QIU; DORON GERBY; CATALIN NISTOR;  )  **JOINT PRE-TRIAL ORDER**
   and HILARY GARBER, on their own behalf and )
17 on behalf of all others similarly situated; and )  (Second Request)
   POE HOMEOWNERS 1-2000,             )
18                                    )
           Plaintiffs,                )
19                                    )
       vs.                            )
20                                    )
   COPPER SANDS REALTY, LLC, a Delaware )
21 limited liability company; ROBERT COLUCCI, )
   an individual; DARIO DELUCA, an individual, )
22 a/k/a DARIO DE LUCA; CBC INVESTMENTS, )
   INC., a Nevada corporation; JIM CERRONE, an )
23 individual; COMPLEX SOLUTIONS, LIMITED, )
   a Nevada limited liability company; COPPER )
24 SANDS INVESTORS LP, a Nevada limited )
   partnership; COUNTRYWIDE HOME LOANS, )
25 INC., a New York Corporation; CS     )
   CONSULTING SERVICE, LLC, a Nevada  )
26 limited liability company; TERESA CUSHMAN, )
   an individual; RENATO DELUCA, an   )
27 individual, a/k/a RAY DELUCA and RAY DE )
   LUCA; DFT, INC., a California corporation, )
28 d/b/a THE CANNON MANAGEMENT        )

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

C:\Users\kbaytosh\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\76EUN8FD\Stip and Order re pretrial order 002.doc

| | |
|---|---|
| 1 | COMPANY; SHAWN HEYL, an individual; ) |
| | LYNDA HOANG, an individual; IRWIN ) |
| 2 | MORTGAGE CORPORATION, an Indiana ) |
| | corporation; BRENT JONES, an individual; ) |
| 3 | BRENT JONES SERVICES, INC., a Nevada ) |
| | corporation; MANIETTA ELECTRIC, INC., a ) |
| 4 | California corporation, MORTGAGE LOAN ) |
| | SPECIALISTS, INC., a California corporation; ) |
| 5 | PACIFICA ENTERPRISES HOLDINGS LP, a ) |
| | California limited partnership; PACIFICA ) |
| 6 | ENTERPRISES, INC., a California corporation, ) |
| | PACIFICA ENTERPRISES LLC, a Nevada ) |
| 7 | limited liability company; PACIFICA ) |
| | MARKETING SERVICES, LLC, a Nevada ) |
| 8 | limited liability company; PACIFICA ) |
| | MARKETING SERVICES, LLC, a Nevada ) |
| 9 | limited liability company d/b/a "CONDO ) |
| | CLUB", "CONDO CLUB LAS VEGAS", and ) |
| 10 | "CONDO CLUB - LAS VEGAS"; PACIFICA ) |
| | REAL ESTATE INVESTMENTS, INC., a ) |
| 11 | California corporation; PACIFICA REAL ) |
| | ESTATE SERVICES, INC., a California ) |
| 12 | corporation; PLASTER DEVELOPMENT ) |
| | COMPANY, INC., a Nevada corporation, d/b/a ) |
| 13 | "SIGNATURE HOMES" and "SIGNATURE ) |
| | HOMES, INC."; PREMIER COMMUNITIES, ) |
| 14 | INC., a Nevada corporation; PREMIER ) |
| | FINANCIAL, LLC, a California limited liability ) |
| 15 | company; PREMIER REALTY SERVICES, ) |
| | INC., a California corporation; PREMIER ) |
| 16 | RESIDENTIAL, INC., a California corporation; ) |
| | VIMARK RE ENTERPRISES LLC, a California ) |
| 17 | limited liability company; DOES 1-100; ) |
| | inclusive; ROE CORPORATIONS 1-100, ) |
| 18 | inclusive; ROE BUSINESS ENTITIES 1-100, ) |
| | inclusive; and ROE GOVERNMENTAL ) |
| 19 | ENTITIES 1-20, inclusive, ) |
| | ) |
| 20 |              Defendants. ) |
| | ) |
| 21 | |

22  THERE BEING A STIPULATION AND AGREEMENT BETWEEN THE PARTIES,

23  THE PARTIES HEREBY SUBMIT THIS STIPULATED REQUEST AND ORDER for extension

24  of time for submission of the proposed joint pre-trial order, by and between Plaintiff, by its counsel

25  of record, Terry L. Wike Esq., of LAW OFFICES OF TERRY WIKE, and Defendant, the DFT,

26  INC. d/b/a The Cannon Management Company (hereinafter "Cannon" or "Cannon Management"),

27  by and through its attorneys of record, Peter C. Brown, Esq., and Karen M. Baytosh, Esq., of the

28  law firm of Bremer, Whyte, Brown & O'Meara, LLP, and Andrew C. Green, Esq., of the law firm

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

C:\Users\kbaytosh\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\76EUN8FD\Stip and Order re pretrial order 002.doc

KOELLER NEBEKER, CARLSON & HALUCK, LLP, and the parties stipulate and request extension of time as follows and for the reasons stated below:

The parties request a two week extension of time for submission of a proposed joint pre-trial order; the requested extension seeks a new deadline for submission of a proposed joint pre-trial order as follows:

| Event | Prior Deadline | Proposed New Deadline |
|---|---|---|
| Submission of Proposed Joint Pre-Trial Order | August 28, 2015 | September 11, 2015 |

Plaintiff specifically requests the extension of time due to scheduling conflicts impairing the ability of counsel for Plaintiff to meaningfully coordinate with counsel for Cannon Management for preparation of the joint pre-trial order, including identification of witnesses and exhibits as well as attempting stipulations regarding presentation or reference to same during trial. In particular, counsel for Plaintiff is also counsel for fourteen (14) Plaintiffs in the separate matter of *Seneca Falls V Homeowners Association et al. v. Heller Development Company et al.*, pending in Department 16 of the Eighth Judicial District Court of Nevada, Clark County Case #A669475 (hereinafter "*Seneca Falls matter*"); which is currently rapidly advancing towards trial with pre-trial motion work due last week, oppositions this week, and replies next week.

Preparation and participation in activities for the *Seneca Falls matter* currently consumes the time of Plaintiff's counsel such that Plaintiff through its counsel requests the two week extension for submission of the joint pre-trial order.

Cannon Management agrees with the request by Plaintiff, which is reasonable under the circumstances and also agrees the amount of additional time requested is reasonable to accommodate counsel for Plaintiff, but also to allow Cannon Management sufficient time to meet and confer with Plaintiff's counsel regarding the witnesses and documents, and any objections thereto.

DATED this 27th day of August, 2015.

BREMER WHYTE BROWN & O'MEARA            LAW OFFICES OF TERRY L. WIKE

By: _____            By: __/s/ Terry L. Wike, Esq.___

3

C:\Users\kbaytosh\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\76EUN8FD\Stip and Order re pretrial order 002.doc

Peter C. Brown, Esq.
Nevada Bar No. 5887
Karen M. Baytosh, Esq.
Nevada Bar No. 10510
1160 N. Town Center Drive, Suite 250
Las Vegas, NV 89144
Attorneys for Defendant
DFT, Inc. d/b/a The Cannon Management Company

Terry L. Wike, Esq.
Nevada Bar No 7211
9500 W. Flamingo Road, Suite 108
Las Vegas, NV 89147
Attorneys for Plaintiffs

KOELLER, NEBEKER, CARLSON &
HALUCK, LLP


By: _____/s/ Andrew Green, Esq._____
    Andrew Green, Esq.
    Nevada Bar No. 9399
    300 S. Fourth Street, Suite 500
    Las Vegas, NV 89101
    Attorney for Defendant
    DFT, Inc. d/b/a The Cannon Management Company

## ORDER

**IT IS SO ORDERED** that the deadline for submission of the proposed joint pre-trial order for the above-referenced matter is extended to September 11, 2015.

**DATED:**  August 27, 2015

_____
Gloria M. Navarro
United States District Judge

C:\Users\kbaytosh\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\76EUN8FD\Stip and Order re pretrial order 002.doc