**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
*** * * ***

| | |
|---|---|
| COPPER SANDS HOMEOWNERS ASSOCIATION,<br><br>               Plaintiff,<br><br>vs.<br><br>DFT, INC.<br>d/b/a<br>THE CANNON MANAGEMENT COMPANY,<br><br>               Defendant. | 2:10-cv-510-GMN-NJK<br><br>DATE: January 20, 2016<br><br>Jury Trial  (Day 8) |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich          COURT REPORTER: Araceli Bareng

COUNSEL FOR PLAINTIFF: Terry Wike and Charles Kelly

COUNSEL FOR DEFENDANT:  Robert Carlson and Andrew Green

MINUTES OF PROCEEDINGS: Jury Trial (Day 8)

At plaintiff's table are paralegals Bobby Brown and Suzie Stone.  At defendant's table is Peter Densmore (client).

9:08 a.m. The Court convenes outside the presence of the jury. The Court and parties discuss issues regarding expert witnesses and jurors.

9:35 a.m.  The jury enters the courtroom.  Mr. Carlson continues the cross examination of **MICHAEL TRUDELL**, previously sworn and called on behalf of the plaintiff.   **EXHIBITS 506P and 511EE are marked and admitted into evidence.**

11:14 a.m.  The jury is admonished and excused for a morning break.

11:44 a.m.  The Court reconvenes in the presence of the jury.  Mr. Carlson continues the cross examination of **MICHAEL TRUDELL**.  **EXHIBIT 532V (Pages 1 and 3-35) are marked and admitted into evidence.**

12:04 p.m.  The jury is admonished and excused for a lunch break.

1:25 p.m.  The Court reconvenes in the presence of the jury.  Mr. Wike conducts redirect examination of **MICHAEL TRUDELL**.  Mr. Carlson conducts recross examination.  **MICHAEL TRUDELL** answers questions posed by the jury.  Mr. Kelly conducts followup direct examination.  **EXHIBIT 97 marked as a demonstrative but not admitted.**

2:54 p.m.  The jury is admonished and excused for the day.

3:40 p.m.  The Court reconvenes outside the presence of the jury.  The Court hears arguments on the Motion for Judgment as a Matter of Law (ECF No. 814).  The Court denies the motion for the reasons stated on the record.

4:33 p.m.  Court adjourns.

Jury Trial continued to Thursday, January 21, 2016 at 1:00 p.m. in Las Vegas Courtroom 7D before Chief Judge Gloria M. Navarro.

                                              LANCE S. WILSON, CLERK
                                              U.S. DISTRICT COURT

                                              BY:_____/S/_____
                                              Aaron Blazevich, Deputy Clerk