Terry L. Wike, Esq.
Nevada Bar No.: 7211
LAW OFFICES OF TERRY L. WIKE
9500 W. Flamingo Rd., Suite 108
Las Vegas, Nevada 89147
Phone: (702) 870-9898
Fax:    (702) 870-0582
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

COPPER SANDS HOMEOWNERS ) Case No. 2:10-cv-00510-GMN-NJK
ASSOCIATION, INC., a Nevada non-profit )
corporation, on their own behalf and on behalf )
of all others similarly situated; and POE )
HOMEOWNERS 1-2000, )
 )
            Plaintiffs, )
 )
v. )
 )
DFT, INC., a California corporation, d/b/a THE )
CANNON MANAGEMENT COMPANY; )
 )
            Defendants. )
_____ )

**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO VERIFIED MEMORANDUM OF COSTS**

IT IS HEREBY STIPULATED by and between Plaintiff, by and through its counsel of record, Terry L. Wike, Esq. of THE LAW OFFICES OF TERRY L. WIKE and Defendant, the CANNON MANAGEMENT COMPANY, by and through its attorney of record, Andrew C. Green,

// // //

// // //

// // //

Esq., of the law firm of KOELLER NEBEKER CARLSON & HALUCK, LLP, that the deadline to respond to Defendant's Verified Memorandum of Costs shall be extended to March 2, 2016.

Dated this 24th day of February, 2016

LAW OFFICES OF TERRY L.WIKE

*/s/ Terry L. Wike*
Terry L. Wike, Esq.
Nevada Bar No.: 7211
9500 W. Flamingo Rd., Suite 108
Las Vegas, Nevada 89147
Phone: (702) 870-9898
Fax:  (702) 870-0582
Attorneys for *Plaintiff*

Dated this 24th day of February, 2016

KOELLER NEBEKER CARLSON & HALUCK

*/s/  Andrew Green*
Andrew Green, Esq.
Nevada Bar No. 9399
300 S. Fourth Street, Suite 500
Las Vegas, Nevada 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
Attorneys for *Defendant*

## ORDER

**IT IS SO ORDERED** this __29__ day of ____February____, 2016.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATE DISTRICT COURT