Terry L. Wike, Esq.
Nevada Bar No.: 7211
LAW OFFICES OF TERRY L. WIKE
9500 W. Flamingo Rd., Suite 108
Las Vegas, Nevada 89147
Phone: (702) 870-9898
Fax:     (702) 870-0582
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| COPPER SANDS HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit corporation, on their own behalf and on behalf of all others similarly situated; and POE HOMEOWNERS 1-2000,<br><br>    Plaintiffs,<br><br>v.<br><br>DFT, INC., a California corporation, d/b/a THE CANNON MANAGEMENT COMPANY;<br><br>    Defendants. | Case No. 2:10-cv-00510-GMN-NJK |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR ATTORNEY'S FEES, COSTS AND INTEREST**

   IT IS HEREBY STIPULATED by and between Plaintiff, by and through its counsel of record, Terry L. Wike, Esq. of THE LAW OFFICES OF TERRY L. WIKE and Defendant, DFT, INC. dba THE CANNON MANAGEMENT COMPANY, by and through its attorney of record, Andrew C. Green, Esq., of the law firm of KOELLER NEBEKER CARLSON & HALUCK, LLP,

// // //

// // //

1  that the deadline to respond to Defendant's Motion for Attorney's Fees, Costs and Interest shall be
2  extended to March 21, 2016.

4  Dated this 9th day of March, 2016                Dated this 9th day of March, 2016
5  LAW OFFICES OF TERRY L.WIKE                     KOELLER NEBEKER CARLSON & HALUCK

8  */s/ Terry L. Wike*                              */s/ Andrew Green*
   Terry L. Wike, Esq.                              Andrew Green, Esq.
   Nevada Bar No.: 7211                             Nevada Bar No. 9399
9  9500 W. Flamingo Rd., Suite 108                  300 S. Fourth Street, Suite 500
   Las Vegas, Nevada 89147                          Las Vegas, Nevada 89101
10 Phone: (702) 870-9898                            Phone: (702) 853-5500
   Fax:  (702) 870-0582                             Fax: (702) 853-5599
11 Attorneys for *Plaintiff*                        Attorneys for *Defendant*

13  **DENIED.**  *See* Local Rule 6-1(b) (stipulations to extend time must "state the reasons for the extension requested").  IT IS SO ORDERED.

15     **IT IS SO ORDERED** March 9                                   , 2016.

                                                    _____
                                                    United States Magistrate Judge