Terry L. Wike, Esq.
Nevada Bar No.: 7211
LAW OFFICES OF TERRY L. WIKE
9500 W. Flamingo Rd., Suite 108
Las Vegas, Nevada 89147
Phone: (702) 870-9898
Fax:    (702) 870-0582
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| COPPER SANDS HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit corporation, on their own behalf and on behalf of all others similarly situated; and POE HOMEOWNERS 1-2000,<br><br>Plaintiffs,<br><br>v.<br><br>DFT, INC., a California corporation, d/b/a THE CANNON MANAGEMENT COMPANY;<br><br>Defendants. | Case No. 2:10-cv-00510-GMN-NJK |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR ATTORNEY'S FEES, COSTS AND INTEREST (SECOND REQUEST)**

Plaintiff, by and through its counsel of record, Terry L. Wike, Esq. of THE LAW OFFICES OF TERRY L. WIKE and Defendant, DFT, INC. dba THE CANNON MANAGEMENT COMPANY, by and through its attorney of record, Andrew C. Green, Esq., of the law firm of KOELLER NEBEKER CARLSON & HALUCK, LLP, hereby agree to a stipulated extension of time to permit the parties and the Court to forgo briefing in response to motion practice by Plaintiff to extend the time for its response to Defendant's motion for attorney's fees, costs and interest. To that end, Defendant is in agreement to accommodate Plaintiff's request to extend the time for its

response until March 21, 2016. Plaintiff contends that it needs additional time to respond due to the number of pages of invoice related exhibits submitted in support of Defendant's motion for attorney's fees, costs and interest, and due to competing professional time commitments of Plaintiff's counsel during the pendency of the motion to this point. There are approximately 1,399 pages of billing documents appended as exhibits to motion, which Plaintiff contends require additional time for analysis. Defendant is willing to provide Plaintiff its requested accommodation in lieu of contending with a motion by Plaintiff to extend time in the amount requested herein.

Dated this 10th day of March, 2016

LAW OFFICES OF TERRY L. WIKE

 /s/ Terry L. Wike
Terry L. Wike, Esq.
Nevada Bar No.: 7211
9500 W. Flamingo Rd., Suite 108
Las Vegas, Nevada 89147
Phone: (702) 870-9898
Fax:  (702) 870-0582
Attorneys for *Plaintiff*

Dated this 10th day of March, 2016

KOELLER NEBEKER CARLSON & HALUCK

 /s/ Andrew Green
Andrew Green, Esq.
Nevada Bar No. 9399
300 S. Fourth Street, Suite 500
Las Vegas, Nevada 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
Attorneys for *Defendant*

## ORDER

**IT IS SO ORDERED** that the time for Plaintiff to provide its response to Defendant's Motion for Attorney's Fees, Costs and Interests is extended to March 21, 2016.

Dated this _10th_ day of March, 2016.

_____
United States Magistrate Judge

2