AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

COPPER SANDS HOMEOWNERS
ASSOCIATION, INC., et al.,

                Plaintiffs,

V.

COPPER SANDS REALTY, LLC, et al.,

                Defendants.

**ATTORNEYS' FEES**
**JUDGMENT IN A CIVIL CASE**

Case Number: 2:10-cv-00510-GMN-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Defendant DFT, Inc. dba The Cannon Management Company and against Plaintiff Copper Sands Homeowners Association, Inc. Defendant is awarded $951,656.60 in attorneys' fees.

9/30/2016  
Date

/s/ Lance S. Wilson  
Clerk

/s/ALipski  
(By) Deputy Clerk